29th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO. 69,943

DIV. D
JUDGE M. LAUREN LEMMON

GERALDINE THOMAS

VERSUS

LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION

FILED: _____    _____
                                    DEPUTY CLERK

### PETITION FOR DAMAGES - HURRICANE GUSTAV LITIGATION

The Petition of Geraldine Thomas, a person of the full age of majority and a resident and domiciliary of the Parish of St. Charles, State of Louisiana respectfully avers as follows:

I

Made defendant is Louisiana Citizens Property Insurance Corporation, a domestic insurance company authorized to do and doing business in the Parish of St. Charles, State of Louisiana. At all times pertinent hereto, Louisiana Citizens Property Insurance Corporation (LA Citizens) issued a policy of homeowner's insurance in favor of Geraldine Thomas (Thomas) for her residence located at 300 School House Road, Killona, Louisiana bearing number FH 20083050015 00. The policy was active and in full effect on and as of September 1, 2008.

II

On or about September 1, 2008, Geraldine Thomas' insured real and personal property were significantly damaged and/or destroyed by the winds of Hurricane Gustav, which struck the Louisiana Gulf Coast area. Thomas' insurance policy included coverage for loss proximately and efficiently caused by hurricane winds. The loss to the insured property was proximately and efficiently caused by hurricane wind, tornados, microbursts, mesocyclones, and/or convective activity and occurred in the absence of flood water, thereby triggering full coverage for all of Plaintiff's hurricane losses. Damage to the property was additionally caused by objects blown by the wind and/or falling trees or other objects, all of which were covered perils under the subject policy. Thomas' insured property was further damaged by rain which entered the buildings through openings caused by the hurricane winds.

Almost immediately after the storm, and in accordance with the subject policy provisions, Thomas notified LA Citizens of the loss and established a claim for an insured loss.

1

EXHIBIT A

However, LA Citizens failed to fairly, adequately, and sufficiently investigate or adjust Thomas' loss.

LA Citizens failed to fully pay Thomas for the damage to her insured property. LA Citizens has breached its insurance contract with Thomas and owes Thomas contractual and consequential damages as a result of that breach.

LA Citizens denied Thomas' claim even though LA Citizens failed as a matter of Louisiana law to: (1) sufficiently investigate the loss; (2) establish by a preponderance of the evidence at the time of the denial that Thomas' loss was proximately and efficiently caused by an excluded peril as defined in the exclusion; (3) establish by a preponderance of the evidence at the time of the denial the amount of Thomas' loss caused by defective construction or maintenance; and/or (4) pay Thomas for the amount of the loss that it could not prove by a preponderance of the evidence was caused by excluded perils. LA Citizens' failure to pay Thomas all insurance proceeds promptly upon completion of its alleged investigation is without legitimate or arguable reason in fact or law.

LA Citizens' investigation, adjustment, and denial of Thomas' claim were negligent, grossly negligent, and reckless. LA Citizens' denial of coverage for Plaintiff's total loss breached the subject contract of insurance. Such conduct also constitutes bad faith and tortious breach of contract and breach of the duty of good faith and fair dealing.

III

LA Citizens failed to properly adjust and pay Thomas her property loss claim, tendering only $899.41 from the homeowner's policy, despite the fact that Thomas' policy limits were $153,920.00.

IV

Geraldine Thomas has suffered, inter alia, worry, embarrassment, vexation and the inconvenience of having to bring the present lawsuit. These damages will be proved with greater specificity at the time of trial.

V

LA Citizens has breached the homeowners insurance contract it issued to Thomas, breached its duties of good faith and fair dealing owed to Thomas under the homeowners insurance contract, breached its affirmative duties to adjust Thomas' homeowners insurance claims fairly.

2

### VI

LA Citizens' acts and omissions described herein violate the Louisiana Insurance Code, LSA-R.S. 22:1 *et seq.*, particularly including but not limited to LSA R.S. 22:658, LSA R.S. 22:658.2, LSA-R.S. 22:695, and LSA R.S. 22:1220.

### VII

As a result of the actions and omissions of LA Citizens described herein, Thomas is entitled to penalties under LSA-R.S. 22:658.

### VIII

Additionally and alternatively, as a result of the actions and omissions of LA Citizens described herein, Thomas has incurred and is entitled to recover damages as a result of the arbitrary and capricious denial of this claim, without probable cause, which has resulted in damages, foreseeable and not, under LSA-R.S. 22:1220.

### IX

Pursuant to LSA-R.S. 22:1220 and as a result of the acts and omissions of LA Citizens described herein, Thomas is also entitled to penalties of two (2) times the amount of damages awarded.

### X

As a further result of the acts and omissions of LA Citizens described herein, Thomas is entitled to general damages in an amount deemed just under the facts and circumstances of the case.

### PRAYER FOR RELIEF

Wherefore, Plaintiff Geraldine Thomas prays that this, her Petition, be cited and served upon Defendant LA Citizens Insurance Company, that Defendants LA Citizens Insurance Company be required to appear and answer same, and that, after due proceedings, Defendants LA Citizens Insurance Company be found liable unto Plaintiff Geraldine Thomas for the full amounts due under the policy, for general damages, and for penalties and attorneys fees as prescribed by law, as well as for equitable remedies and declaratory relief as this Court finds as just under the facts and circumstances of the case.

3

Respectfully submitted,

DALE E. WILLIAMS, BAR #18709
Law Office of Dale Edward Williams
212 Park Place
Covington, Louisiana 70433
Telephone: (985) 898-6368
Facsimile: (985) 892-2640
mailto:dale@daleslaw.com

CERTIFICATE OF THE CLERK
I hereby certify that a copy of the foregoing motion
and/or order has been mailed to all counsel of record — D. Williams
this ___ day of _____, 20___
by _____
Charles J. Oubre, Jr.
Clerk of Court

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE ____
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON _____
CLERK OF COURT
ST. CHARLES PARISH

4

29th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO. 69943                                                              DIVISION " D "

GERALDINE THOMAS

VERSUS

LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION

FILED: _____    _____
                                   DEPUTY CLERK

## VERIFICATION

I verify under penalty of perjury under the laws of the State of Louisiana that I have read the foregoing Petition for Damages – Hurricane Gustav Litigation, and it is true and correct to my personal knowledge and belief.

Signed in Covington, Louisiana, this 31st day of August 2009.

_____
GERALDINE THOMAS

SWORN TO AND SUBSCRIBED BEFORE ME,
THE UNDERSIGNED AUTHORITY,
THIS 31st DAY OF AUGUST 2009.

_____
NOTARY

**SHERIFF PLEASE SERVE:**

LA Citizens Insurance Company
Through Its Agent for Service of Process:
Louisiana Secretary of State
8549 United Plaza Blvd.
Baton Rouge, Louisiana 70809

---

**CERTIFICATE OF THE CLERK**
I hereby certify that a copy of the foregoing motion and/or order has been mailed to all counsel of record
-D. Williams

Courtney J. Oalkra, Jr.
Clerk of Court

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN AND FOREGOING IS A TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.

_____
CLERK OF COURT
ST. CHARLES PARISH

5

# CITATION

THOMAS, GERALDINE

Versus

LOUISIANA CITIZENS PROPERTY INSURANCE
CORPORATION - ET AL



Case: **00069943**
Division: D
29th Judicial District Court
Parish of St. Charles
State of Louisiana

TO:

SOUTHERN FIDELITY INSURANCE COMPANY THROUGH ITS AGENT FOR SERVICE OF PROCESS:
LOUISIANA SECRETARY OF STATE
8549 UNITED PLAZA BLVD.
BATON ROUGE, LA  70809

You are hereby summoned to comply with the demand contained in the Petition and Motion To Amend Petition For Damages, of which a certified copy accompanies this citation, or file your answer to the same, in the office of the Clerk on the Twenty-ninth Judicial Court in and for the Parish of St. Charles, in the Court House of said Parish at Hahnville, La., within fifteen days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

WITNESS THE HONORABLE JUDGES of the said Court on the 26th day of April A.D., 2010.

*Charles J. Oubre, Jr.*
CLERK OF COURT

BY: *Debra C. Rankin*
   Deputy Clerk of Court

SERVED ON
JAY DARDENNE

APR 29 2010

SECRETARY OF STATE
COMMERCIAL DIVISION

---

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of
_____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of sixteen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20____.

Service    $_____
                              By: _____
Mileage    $_____             Deputy Sheriff

Total      $_____

[ ORIGINAL ]

## 29TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

### STATE OF LOUISIANA

NO. 00069943                                                                               DIVISION D

### GERALDINE THOMAS

### VERSUS

### LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION

FILED: _____

_____
DEPUTY CLERK

### MOTION TO AMEND PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel comes Geraldine Thomas, who moves to amend her petition to substitute Southern Fidelity Insurance Company for Louisiana Citizens Property Insurance Corporation as party defendant.

Plaintiff requests that Paragraph I of her Petition be amended to read as follows:

I

Made defendant is Southern Fidelity Insurance Company, a foreign insurance company authorized to do and doing business in the Parish of St. Charles, State of Louisiana. At all times pertinent hereto, Southern Fidelity Insurance Company (SFIC) issued a policy of homeowner's insurance in favor of Geraldine Thomas (Thomas) for her residence located at 300 School House Road, Killona, Louisiana bearing number FH 20063340240 01. The policy was active and in full effect on and as of September 1, 2008.

Plaintiff further requests that all references to Louisiana Citizens Property Insurance Corporation or LA Citizens be substituted with Southern Fidelity Insurance Company or SFIC.

Plaintiff adopts and reavers the allegations of her Petition.

IT IS SO MOVED.

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been served upon all counsel of record via facsimile and/or United States First Class Mail on this day, March 19, 2010.

_____
Dale E. Williams, Bar #18709

Respectfully submitted,
LAW OFFICE OF DALE EDWARD WILLIAMS

_____
Dale E. Williams, Bar #18709
212 Park Place
Covington, Louisiana 70433
Telephone: (985) 898-6368
Facsimile: (985) 892-2640
mailto:dale@daleslaw.com

## 29TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

## STATE OF LOUISIANA

NO. 00069943　　　　　　　　　　　　　　　　　　　　　　　　DIVISION D

### GERALDINE THOMAS

### VERSUS

### LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION

FILED: _____　　　_____
　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### ORDER

Considering the above and foregoing, it is hereby ORDERED that Defendant Louisiana Citizens Property Insurance Corporation be dismissed from this litigation and substituted with Southern Fidelity Insurance Company. It is further ORDERED that all references to Louisiana Citizens Property Insurance Corporation or LA Citizens in Plaintiff's original Petition for Damages be substituted Southern Fidelity Insurance Company or SFIC.

Hahnville, Louisiana, this 19th day of April, 2010.

_____
JUDGE

RECEIVED FROM THE
JUDGE'S OFFICE ON
4-23-10

**SHERIFF PLEASE SERVE**
**Original Petition, Motion to Amend,**
**and Signed Order:**
Southern Fidelity Insurance Company
Through Its Agent for Service of Process:
Louisiana Secretary of State
8549 United Plaza Blvd.
Baton Rouge, Louisiana 70809

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE.
_____
CLERK OF COURT
ST. CHARLES PARISH

29th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO. 69 943 D
DIV. D
JUDGE
M. LAUREN LEMMON

DIVISION "D"

GERALDINE THOMAS

VERSUS

LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION

FILED: _____     _____
                                    DEPUTY CLERK

### PETITION FOR DAMAGES - HURRICANE GUSTAV LITIGATION

The Petition of Geraldine Thomas, a person of the full age of majority and a resident and domiciliary of the Parish of St. Charles, State of Louisiana respectfully avers as follows:

I

Made defendant is Louisiana Citizens Property Insurance Corporation, a domestic insurance company authorized to do and doing business in the Parish of St. Charles, State of Louisiana. At all times pertinent hereto, Louisiana Citizens Property Insurance Corporation (LA Citizens) issued a policy of homeowner's insurance in favor of Geraldine Thomas (Thomas) for her residence located at 300 School House Road, Killona, Louisiana bearing number FH 20083050015 00. The policy was active and in full effect on and as of September 1, 2008.

II

On or about September 1, 2008, Geraldine Thomas' insured real and personal property were significantly damaged and/or destroyed by the winds of Hurricane Gustav, which struck the Louisiana Gulf Coast area. Thomas' insurance policy included coverage for loss proximately and efficiently caused by hurricane winds. The loss to the insured property was proximately and efficiently caused by hurricane wind, tornados, microbursts, mesocyclones, and/or convective activity and occurred in the absence of flood water, thereby triggering full coverage for all of Plaintiff's hurricane losses. Damage to the property was additionally caused by objects blown by the wind and/or falling trees or other objects, all of which were covered perils under the subject policy. Thomas' insured property was further damaged by rain which entered the buildings through openings caused by the hurricane winds.

Almost immediately after the storm, and in accordance with the subject policy provisions, Thomas notified LA Citizens of the loss and established a claim for an insured loss.

1

However, LA Citizens failed to fairly, adequately, and sufficiently investigate or adjust Thomas' loss.

LA Citizens failed to fully pay Thomas for the damage to her insured property. LA Citizens has breached its insurance contract with Thomas and owes Thomas contractual and consequential damages as a result of that breach.

LA Citizens denied Thomas' claim even though LA Citizens failed as a matter of Louisiana law to: (1) sufficiently investigate the loss; (2) establish by a preponderance of the evidence at the time of the denial that Thomas' loss was proximately and efficiently caused by an excluded peril as defined in the exclusion; (3) establish by a preponderance of the evidence at the time of the denial the amount of Thomas' loss caused by defective construction or maintenance; and/or (4) pay Thomas for the amount of the loss that it could not prove by a preponderance of the evidence was caused by excluded perils. LA Citizens' failure to pay Thomas all insurance proceeds promptly upon completion of its alleged investigation is without legitimate or arguable reason in fact or law.

LA Citizens' investigation, adjustment, and denial of Thomas' claim were negligent, grossly negligent, and reckless. LA Citizens' denial of coverage for Plaintiff's total loss breached the subject contract of insurance. Such conduct also constitutes bad faith and tortious breach of contract and breach of the duty of good faith and fair dealing.

III

LA Citizens failed to properly adjust and pay Thomas her property loss claim, tendering only $899.41 from the homeowner's policy, despite the fact that Thomas' policy limits were $153,920.00.

IV

Geraldine Thomas has suffered, inter alia, worry, embarrassment, vexation and the inconvenience of having to bring the present lawsuit. These damages will be proved with greater specificity at the time of trial.

V

LA Citizens has breached the homeowners insurance contract it issued to Thomas, breached its duties of good faith and fair dealing owed to Thomas under the homeowners insurance contract, breached its affirmative duties to adjust Thomas' homeowners insurance claims fairly.

2

VI

LA Citizens' acts and omissions described herein violate the Louisiana Insurance Code, LSA-R.S. 22:1 *et seq.*, particularly including but not limited to LSA R.S. 22:658, LSA R.S. 22:658.2, LSA-R.S. 22:695, and LSA R.S. 22:1220.

VII

As a result of the actions and omissions of LA Citizens described herein, Thomas is entitled to penalties under LSA-R.S. 22:658.

VIII

Additionally and alternatively, as a result of the actions and omissions of LA Citizens described herein, Thomas has incurred and is entitled to recover damages as a result of the arbitrary and capricious denial of this claim, without probable cause, which has resulted in damages, foreseeable and not, under LSA-R.S. 22:1220.

IX

Pursuant to LSA-R.S. 22:1220 and as a result of the acts and omissions of LA Citizens described herein, Thomas is also entitled to penalties of two (2) times the amount of damages awarded.

X

As a further result of the acts and omissions of LA Citizens described herein, Thomas is entitled to general damages in an amount deemed just under the facts and circumstances of the case.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff Geraldine Thomas prays that this, her Petition, be cited and served upon Defendant LA Citizens Insurance Company, that Defendants LA Citizens Insurance Company be required to appear and answer same, and that, after due proceedings, Defendants LA Citizens Insurance Company be found liable unto Plaintiff Geraldine Thomas for the full amounts due under the policy, for general damages, and for penalties and attorneys fees as prescribed by law, as well as for equitable remedies and declaratory relief as this Court finds as just under the facts and circumstances of the case.

Respectfully submitted,

*[signature]*

DALE E. WILLIAMS, BAR #18709
Law Office of Dale Edward Williams
212 Park Place
Covington, Louisiana 70433
Telephone: (985) 898-6368
Facsimile:  (985) 892-2640
mailto:dale@daleslaw.com

CERTIFICATE OF THE CLERK

I hereby certify that a copy of the foregoing motion and/or order has been mailed to all counsel of record - *D. Williams*

this 15th day of Sept, 2009

By *[signature]*
Charles J. Oubre, Jr.
Clerk of Court

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE ...
AND FOREGOING IS A TRUE COPY OF THE
ORIGINAL ON FILE IN THIS OFFICE

*[signature]*
CLERK OF COURT
ST. CHARLES PARISH

4

29th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO. 69943                               DIVISION " "

GERALDINE THOMAS

VERSUS

LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION

FILED: _____     _____
                                                          DEPUTY CLERK

## VERIFICATION

I verify under penalty of perjury under the laws of the State of Louisiana that I have read the foregoing Petition for Damages - Hurricane Gustav Litigation, and it is true and correct to my personal knowledge and belief.

Signed in Covington, Louisiana, this 31st day of August 2009.

_____
GERALDINE THOMAS


SWORN TO AND SUBSCRIBED BEFORE ME,
THE UNDERSIGNED AUTHORITY,
THIS 31st DAY OF AUGUST 2009.

_____
NOTARY

**SHERIFF PLEASE SERVE:**

LA Citizens Insurance Company
Through Its Agent for Service of Process:
Louisiana Secretary of State
8549 United Plaza Blvd.
Baton Rouge, Louisiana 70809


**CERTIFICATE OF THE CLERK**

I hereby certify that a copy of the foregoing motion and/or order has been mailed to all counsel of record -D. Williams

This ___ day of Sept, 20 09
By: _____
Charles J. Oubre, Jr.
Clerk of Court

STATE OF LOUISIANA
PARISH OF ST. CHARLES
I HEREBY CERTIFY THAT THE WITHIN AND FOREGOING IS A TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.

_____
CLERK OF COURT
ST. CHARLES PARISH

5

29th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. CHARLES

STATE OF LOUISIANA

NO. 69,943                                                                DIVISION "D"

GERALDINE THOMAS

versus

SOUTHERN FIDELITY INSURANCE COMPANY

FILED:_____          _____
                                                      DEPUTY CLERK

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO:   Honorable Judge M. Lauren Lemmon
      29th JDC, Division "D"
      P. O. Box 424
      Hahnville, Louisiana 70057-0424

      Dale E. Williams, Esq.
      Law Office of Dale Edward Williams
      212 Park Place
      Covington, Louisiana 70433
      Counsel for Plaintiffs

**PLEASE TAKE NOTICE** that Southern Fidelity Insurance Company ("SFIC") sought to be made defendant in this matter, filed in the United States District Court for the Eastern District of Louisiana, a Notice of Removal of the above matter to that Honorable Court.

A copy of the Notice of Removal is hereby served upon counsel of record for the Plaintiffs and filed with the Clerk of Court for the 29th Judicial District Court for the Parish of St. Charles in conformity with 28 U.S.C. § 1446(d), as amended.

                                        Respectfully submitted,

                                        _____
                                        **MATTHEW D. MONSON (25186), T.A.**
                                        **KRISTI U. LOUQUE (31845)**
                                        **PAJARES & SCHEXNAYDRE, LLC**
                                        68031 Capital Trace Row
                                        Mandeville, Louisiana 70471
                                        Telephone:   (985) 292-2000
                                        Facsimile:   (985) 292-2001
                                        Email: mmonson@pslawfirm.com
                                        *Counsel for Southern Fidelity Ins. Co.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by mailing a copy of same in the U.S. Mail, properly addressed and postage prepaid, this 12th day of May, 2010.

_____